In the Matter of the Accounting of GEORGIANA M. AMIDON, as Executrix of HENRY G. WARD, Deceased, Appellant.

NEWBURY D. LAWTON, as Executor of CYRUS LAWTON, Deceased, Respondent.

*Matter of Amidon*, 135 App. Div. 919, affirmed.
(Argued May 31, 1910; decided June 14, 1910.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 17, 1909, which affirmed an order of the New York County Surrogate's Court directing the executrix herein to file her account.

The following questions were certified:

"1. Did the Surrogate's Court have jurisdiction to direct an accounting under the answer interposed?

"2. Did the legacy to Cyrus Lawton lapse upon his death?"

*John R. Dos Passos* for appellant.

*William S. Maddox* and *Herbert M. Lloyd* for respondent.

Order affirmed, with costs; first question certified answered in the affirmative; second question in the negative; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.